UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KELLYLEE A. SEXTON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 3:03-CV-627RM |
| ) | |
| GEORGE PAYNE, *et al.*, ) | |
| ) | |
| Defendants ) | |

O R D E R

No objection has been filed to the magistrate judge's report and recommendation of October 21, 2005. Accordingly, the court ADOPTS the report and recommendation (docket #63) and directs that judgment be entered for all defendants and against the plaintiff.

SO ORDERED.

ENTERED:  January 18, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court